Corinne Chandler - SBN 111423
   E-mail: cchandler@kantorlaw.net
Brent D. Brehm - SBN 248983
   E-mail: bbrehm@kantorlaw.net.
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

JS-6

Attorneys for Plaintiff,
MICHELLE WEISMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WEISMAN, | CASE NO: CV09-2277 JFW (MANx) |
| Plaintiff, | |
| VS. | [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |
| RELIANCE STANDARD LIFE INSURANCE COMPANY; LIMITED BRANDS INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: 8/25/2009

/S/
Hon. John F. Walter
United States District Court Judge